No. 625. AERONAUTICAL RADIO, INC., ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Donald C. Beelar, Herbert J. Miller, Jr., Joseph DuCoeur* and *John E. Stephen* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, John L. Fitzgerald, Max D. Paglin* and *Ruth V. Reel* for the United States.

No. 627. MONDAY *v.* UNITED STATES. Court of Claims. Certiorari denied. *David M. Klinedinst* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 629. SOCIETE COTONNIERE DU TONKIN *v.* UNITED STATES. Court of Claims. Certiorari denied. *William T. Griffin, Herbert Burstein* and *Richard J. Cronan* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 630. IVES, FORMERLY ISENSTEIN, *v.* FRANKE, SECRETARY OF THE NAVY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles H. Mayer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *David L. Rose* for respondent.

No. 646. MOON ET AL. *v.* CABOT SHOPS, INC., ET AL. C. A. 9th Cir. Certiorari denied. *Philip Subkow* for petitioners. *Herbert W. Kenway* for respondents.